1

2                                                                    Hon. Richard Jones

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF WASHINGTON
9                                  AT SEATTLE

10

11   EVAN JOHNSON, JOSH GRAY, and
     DYLAN COOK,                                    NO.    2:20-cv-01676-RAJ
12
                        Plaintiffs,                 MOTION TO AMEND COMPLAINT
13
                                                    (CLERK'S ACTION REQUIRED)
14   v.

15   HYTECH POWER, LLC., a Washington               **Noting Date: April 23, 2021**
     limited liability company; TOM GIBBONS,
16   THE ESTATE OF S.B. JOSEPH CLARK;
     CHASE C. ENGELHART and
17   MARGARET A. CLARK, Co-Personal
     Representatives of the ESTATE OF S.B.
18   JOSEPH CLARK, Deceased; CHASE C.
     ENGELHART, individually; THOMAS
19   GIBBONS, individually and his marital
     community with JANE DOE GIBBONS, his
20   spouse; AVIATION PARTNERS, INC., a
     Washington corporation; and REGENCE
21   BLUESHIELD, a Washington
     miscellaneous and mutual corporation,
22
                        Defendants.
23

24

25

MOTION TO AMEND COMPLAINT - 1
{23429/30927/V1573989.DOCX}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

# I.  RELIEF REQUESTED

Plaintiffs Evan Johnson, Josh Gray, and Dylan Cook (collectively "Plaintiffs") request entry of an order granting leave to file an Amended Complaint ("Amended Complaint") pursuant to Fed. R. Civ. P. 15(a) and LCR 15 in order to amend the parties identified as the administrator or sponsor of the medical benefits insurance plan related to the claims made by the Plaintiffs.

A redline of Plaintiffs' proposed Amended Complaint is attached to the Declaration of Sean V. Small at *Exhibit A* and a clean version is attached at *Exhibit B*.

# II.  STATEMENT OF FACTS

## A.    Claims in Complaint

This is an action for unpaid wages that are currently due and owing to Evan Johnson, wrongful denial of coverage under the Consolidated Omnibus Budget Reconciliation Act ("COBRA"), COBRA notice violations, and a claim of attorney's fees under  ERISA § 502(g)(1), 29 U.S.C. § 1132(g)(1).

All of the Plaintiffs were employees of HyTech Power, LLC ("HyTech") and enrolled in a medical benefits plan ("Plan") through HyTech as the employer.  Small Decl. ¶ 4. The Plan was contracted through Regence BlueShield, who is currently a defendant in this matter and identified by previous counsel for Plaintiffs as the Plan Administrator within the meaning of 29 U.S.C. § 1002(16).

However, after reviewing Regence BlueShield and conducting further investigation, it appears that Regence BlueShield was not the Plan Administrator or Sponsor, and as such, Plaintiffs seek leave to identify the correct parties.  *Id*. ¶ 5.

MOTION TO AMEND COMPLAINT - 2
{23429/30927/V1573989.DOCX}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

**B.      Amended Complaint**

Regence BlueShield represented in it Motion to Dismiss that the Plan identified that the Regence BlueShield medical coverage contract was entered into with Aviation Partners Boeing Winglets II, LLC, ("APB Winglets II").  However, after a reasonable search, the Plaintiffs were unable to find any formation or registration for an entity called Aviation Partners Boeing Winglets II, LLC.  *Id*. ¶ 6.

Counsel for Plaintiffs requested that HyTech, as the employer, identify who the Plan Sponsor and Administrator was; however, at this time, neither the Plaintiffs nor the Defendants are able to clearly identify the Plan "administrator" or "sponsor" within the meaning of 29 U.S.C. § 1002(16). *Id*. ¶ 7.

While additional discovery is required, Plaintiffs assert in good faith that Aviation Partners, Inc., a Washington corporation, ("API"), APB Winglets Company, LLC, a foreign limited liability company, doing business as Aviation Partners Boeing ("APB"), HyTech (as the Plaintiffs' employer), or APB Winglets II (as some outside board or committee entered into by multiple employers) may be the Plan "administrator" or "sponsor" within the meaning of 29 U.S.C. § 1002(16). *Id*. ¶ 8.

The Plaintiffs' claims are partially based on the fact that the Plan Administrator or Sponsor failed to give notice and that Plaintiffs were denied medical coverage as permitted by COBRA due to the failure to receive timely notice. The Plaintiffs therefore seek to amend the Complaint to add APB and APB Winglets II as Defendants in this matter.

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

### III.  ISSUE PRESENTED

Whether the Court grant Plaintiffs leave to amend the Complaint to identify the potentially liable parties, when doing so is consistent with Fed. R. Civ. P. 15(a) and LCR 15?
**ANSWER: YES**

### IV.  EVIDENCE RELIED UPON

Plaintiffs rely upon the files and records herein, including *Exhibits A-B*, the Amended Complaint, submitted with this motion in accordance with LCR 15.

### V.  LEGAL AUTHORITY

**A.      Leave to Amend Shall be Freely Given When Justice So Requires**.

Pursuant to Fed. R. Civ. P. 15(a), "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served."  Otherwise, the party "may amend the party's pleading only by leave of court or by written consent of the adverse party." *Id.*   Leave to amend "shall be freely given when justice so requires," and "this policy is to be applied with extreme liberality." *Id.; Morongo Band of Mission Indians v. Rose,* 893 F.2d 1074, 1079 (9th Cir. 1990). After a responsive pleading has been filed, "leave to amend should be granted unless amendment would cause prejudice to the opposing party, is sought in bad faith, is futile, or creates undue delay." *Martinez v. Newport Beach City,* 125 F.3d 777, 786 (9th Cir. 1997).

Unless undue prejudice to the opposing party will result, a trial judge should ordinarily permit a party to amend its complaint." *Duhn Oil Tool, Inc. v. Cooper Cameron Corp.,* 609 F.Supp.2d 1090, 1092 (E.D.Cal. 2009) (quoting *Howey v. United States,* 481 F.2d 1187, 1190 (9th Cir. 1973)). Prejudice is the touchstone of the inquiry whether a motion to amend should be granted under Rule

MOTION TO AMEND COMPLAINT - 4
{23429/30927/V1573989.DOCX}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

15(a). *Id.* at 1092–93 (quoting *Eminence Capital, LLC v. Aspeon, Inc.,* 316 F.3d 1048, 1052 (9th Cir.2003)). Absent prejudice or a strong showing of any of the remaining Rule 15(a) factors, there exists a presumption under Rule 15(a) in favor of granting leave to amend. *Id.* Prejudice exists where amendment will significantly hinder a defendant's ability to defend against the plaintiff's claims, as in cases where the defendant has no notice, discovery has already been completed, or when the amendment will require re-litigation of significant issues. *See Ascon Props., Inc. v. Mobil Oil Co.,* 866 F.2d 1149, 1161 (9th Cir.1989).

Justice requires that the Plaintiffs be permitted to amend the Complaint as the Plaintiffs have just recently identified new parties who are relevant and to the matters being litigated and potentially liable for the harm. There would be no prejudice or unfair surprise to Defendants in allowing the proposed amendment to the Plaintiffs' Complaint. The trial date and discovery cut off have not yet been set and there currently is a pending motion to dismiss by Regence BlueShield that requests it be dismissed from this matter. The proposed changes in the Amended Complaint are not expanding the claims pled by the Plaintiffs and the Defendants can suffer no prejudice.

The Defendants are all on notice that there is an issue identifying the Plan Administrator or Sponsor, and they will have an opportunity to respond to the Amended Complaint and prepare to defend the same. Further, this Court has stricken the previous discovery conference deadlines until Regence BlueShield's Motion to Dismiss is heard and any new parties added to this matter will have sufficient time to respond and defend against the claims asserted.

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

## VI.  **PROPOSED ORDER**

A proposed Order Granting Leave to Amend Complaint is submitted with this motion.

DATED this 8th day of April, 2021.

                                                  LASHER  HOLZAPFEL  SPERRY  &  EBBERSON
                                                  PLLC

                                                      */s/ Sean V. Small*
                                                      */s/  Paul J. Spadafora*
                                                  By _____
                                                      Sean V. Small, WSBA #37018
                                                      Paul J. Spadafora, WSBA #49777
                                                      Attorneys for Plaintiffs

MOTION TO AMEND COMPLAINT - 6
{23429/30927/V1573989.DOCX}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2021, I caused the foregoing pleading to be electronically

filed with the Clerk of the Court using the CM/ECF system, which will send notification of such

filing to the following counsel:

Alexander A Baehr
SUMMIT LAW GROUP
315 5TH AVE S
STE 1000
SEATTLE, WA 98104
Email: alexb@summitlaw.com

Christopher T Wion
SUMMIT LAW GROUP
315 5TH AVE S
STE 1000
SEATTLE, WA 98104
Email: chrisw@summitlaw.com

Bruce W Leaverton
KARR TUTTLE CAMPBELL
701 FIFTH AVE
STE 3300
SEATTLE, WA 98104
Email: bleaverton@karrtuttle.com

Daniel T Hagen
KARR TUTTLE CAMPBELL
701 FIFTH AVE
STE 3300
SEATTLE, WA 98104
Email: dhagen@karrtuttle.com

Nicholas Peter Gellert
PERKINS COIE (SEA)
1201 3RD AVE STE 4900
SEATTLE, WA 98101-3099

MOTION TO AMEND COMPLAINT - 7
{23429/30927/V1573989.DOCX}



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

1   NGellert@perkinscoie.com

2
    Deborah Joyce Phillips
3   PERKINS COIE (SEA)
    1201 3RD AVE STE 4900
4   SEATTLE, WA 98101-3099
    djphillips@perkinscoie.com
5

6   Robert Joseph Cadranell, II
    WESTERN WASHINGTON LAW GROUP PLLC
7   PO BOX 468
    SNOHOMISH, WA 98291
8   Robert@westwalaw.com

9
    Dennis J. McGlothin
10  WESTERN WASHINGTON LAW GROUP PLLC
    PO BOX 468
11  SNOHOMISH, WA 98291
    dennis@westwalaw.com
12

13
    Mark A Bailey
14  KARR TUTTLE CAMPBELL
    701 FIFTH AVE
15  STE 3300
    SEATTLE, WA 98104
16  Email: mbailey@karrtuttle.com

17
18  Michael M. Feinberg
    KARR TUTTLE CAMPBELL
19  701 FIFTH AVE
    STE 3300
20  SEATTLE, WA 98104
    Email: mfeinberg@karrtuttle.com
21

22
    Bryan C Taylor
23  BAKER & HOSTETLER LLP
    1420 FIFTH AVE
24  PO BOX 91302
    STE 4200
25  SEATTLE, WA 98111-9402

MOTION TO AMEND COMPLAINT - 8
{23429/30927/V1573989.DOCX}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE  WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Email: btaylor@bakerlaw.com

Carolyn Robbs Bilanko
BAKER HOSTETLER LLP (SEA)
999 THIRD AVENUE
SUITE 3900
SEATTLE, WA 98104
Email: cbilanko@bakerlaw.com

Douglas W Greene
BAKER HOSTETLER LLP (SEA)
999 THIRD AVENUE
SUITE 3900
SEATTLE, WA 98104
Email: dgreene@bakerlaw.com

James Raymond Morrison
BAKER HOSTETLER LLP (SEA)
999 THIRD AVENUE
SUITE 3900
SEATTLE, WA 98104
Email: jmorrison@bakerlaw.com

Maren Roxanne Norton
STOEL RIVES (WA)
600 UNIVERSITY ST STE 3600
SEATTLE, WA 98101-3197
Email: maren.norton@stoel.com

DATED this 8th day of April, 2021 at Seattle Washington

*/s/ Ellen Krachunis*

_____
Ellen Krachunis
Legal Assistant



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

MOTION TO AMEND COMPLAINT - 9
{23429/30927/V1573989.DOCX}