UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVAN JOHNSON, JOSH GRAY, and DYLAN COOK,<br><br>      Plaintiffs,<br><br>  v.<br><br>HYTECH POWER, LLC., a Washington limited liability company; TOM GIBBONS, THE ESTATE OF S.B. JOSEPH CLARK; CHASE C. ENGELHART and MARGARET A. CLARK, Co-Personal Representatives of the ESTATE OF S.B. JOSEPH CLARK, Deceased; CHASE C. ENGELHART, individually; THOMAS GIBBONS, individually and his marital community with JANE DOE GIBBONS, his spouse; AVIATION PARTNERS, INC., a Washington corporation; APB WINGLETS COMPANY, LLC, a Foreign Limited Liability Company; and AVIATION PARTNERS BOEING WINGLETS II, LLC, a multiemployer health plan,<br><br>      Defendants. | **No.** 2:20-cv-01676-RAJ<br><br>(Proposed) JOINT STATUS REPORT AND DISCOVERY PLAN |

## 1. STATEMENT OF THE NATURE AND COMPLEXITY OF THE CASE[1]

    a. Plaintiffs' claims are not complex and can be broken into two categories: (1) Evan Johnson's claims against HyTech Power, LLC ("HyTech"), the Estate of Joseph Clark through its co-personal representatives ("Estate"), and Chase Englehart and Thomas Gibbons based on these Defendants' alleged failure to pay wages; and (2) Plaintiffs' claims arising out of the alleged failure of all Defendants other than the Estate to provide Plaintiffs with the initial COBRA notice or the COBRA election notice.

    b. Defendant HyTech has asserted two counterclaims against Plaintiff Evan Johnson. HyTech's first claim is for breach of contract, stemming from Mr. Johnson's alleged violation of the terms of his employment agreement with HyTech. HyTech's second claim is for alleged misappropriation of trade secrets under RCW ch. 19.108. HyTech's counterclaims are somewhat complex in that they relate to Mr. Johnson's alleged use and alleged disclosure to third parties of assets claimed to be owned by HyTech, including intellectual property. HyTech's counterclaims will require substantial discovery from third parties.

## 2. PROPOSED DEADLINE FOR THE JOINING OF ADDITIONAL PARTIES

    a. December 1, 2021

## 3. RIGHT TO CONSENT TO ASSIGNMENT

    a. No.

**4. DISCOVERY PLAN:** the parties' views and proposals on all items in Fed. R. Civ. P. 26(f)(3), which includes the following topics:

    **A. INITIAL DISCLOSURES**

        1. Exchanged on June 24, 2021

    **B. SUBJECTS, TIMING AND POTENTIAL PHASING OF DISCOVERY**

        1. Discovery Cut-off: February 11, 2022

---

[1] APB WINGLETS COMPANY, LLC, a Foreign Limited Liability Company; and AVIATION PARTNERS BOEING WINGLETS II, LLC, a multiemployer health plan, were not served at the time of the preparation of this Report and did not participate.

(Proposed) JOINT STATUS REPORT AND DISCOVERY PLAN - 2
{23429/30927/V1650789.DOCX}

LASHER HOLZAPFEL SPERRY & EBBERSON
ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

### C. ELECTRONICALLY STORED INFORMATION

1. Parties intend to adopt an agreement similar to the Western District of Washington's Model Agreement regarding discovery of ESI.

### D. PRIVILEGE ISSUES

1. As addressed in the ESI Agreement entered into by the parties.

### E. PROPOSED LIMITATIONS ON DISCOVERY.

1. The parties do not contemplate any changes to the discovery limitations set forth in the Federal Rules of Civil Procedure at this time, but reserve the right to make such a request if appropriate by motion.

### F. NEED FOR ANY DISCOVERY RELATED ORDERS

1. The parties intend to work together on the entry of a stipulated protective order for this Court's consideration.

## 5. VIEWS, PROPOSALS AND AGREEMENTS

a. The parties agree to work cooperatively to resolve discovery disputes.

b. Some of the parties have engaged in mediation, and all remain amenable to re-engaging in alternative dispute resolution as the case proceeds.

## 6. COMPLETION OF DISCOVERY

a. February 11, 2022

## 7. BIFURCATION

a. If desired and agreed to by the parties, bifurcation to be available until 30 days after discovery is complete.

## 8. WHETHER PARTIES INTEND TO UTILIZE THE INDIVIDUALIZED TRIAL PROGRAM SET FORTH IN LOCAL CIVIL RULE 39.2 OR ANY ADR OPTIONS SET FORTH IN LOCAL CIVIL RULE 39.1

(Proposed) JOINT STATUS REPORT AND
DISCOVERY PLAN - 3
{23429/30927/V1650789.DOCX}



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE  WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

a.  The parties do not anticipate utilizing Local Rules 39.2 or 39.1.

**9. ANY OTHER SUGGESTIONS FOR SHORTENING OR SIMPLIFYING THE CASE.**

a.  Not at this time.

**10. THE DATE THE CASE WILL BE READY FOR TRIAL.**

a.  May 16, 2022

**11. WHETHER THE TRIAL WILL BE JURY OR NON-JURY**

a.  Plaintiffs have requested a Jury Trial.

**12. THE NUMBER OF TRIAL DAYS REQUIRED**

a.  Approximately 8 trial days are anticipated, provided each side receives equal time for all issues.

**13. NAMES ADDRESSES AND TELEPHONE NUMBERS OF ALL TRIAL COUNSEL**

a.  Plaintiff's Counsel:

Sean V. Small
Paul Spadafora
Lasher Holzapfel Sperry & Ebberson, PLLC
601 Union St., Suite 2600, Seattle, WA 98101
phone: 206-624-1230
small@lasher.com
spadafora@lasher.com

b.  Defendant / Third-Party Plaintiff HyTech Power, LLC's Counsel:

Alexander A Baehr
SUMMIT LAW GROUP
315 5TH AVE S
STE 1000
SEATTLE, WA 98104
Phone:  206-676-7000

(Proposed) JOINT STATUS REPORT AND
DISCOVERY PLAN - 4
{23429/30927/V1650789.DOCX}

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Email: alexb@summitlaw.com

Christopher T Wion
SUMMIT LAW GROUP
315 5TH AVE S
STE 1000
SEATTLE, WA 98104
Phone:  206-676-7000
Email: chrisw@summitlaw.com

    c.    Defendant Chase C. Englehart's Counsel:

Bruce W Leaverton
KARR TUTTLE CAMPBELL
701 FIFTH AVE
STE 3300
SEATTLE, WA 98104
Phone:  206-223-1313
Email: bleaverton@karrtuttle.com

Mark A Bailey
KARR TUTTLE CAMPBELL
701 FIFTH AVE
STE 3300
SEATTLE, WA 98104
Phone:  206-223-1313
Email: mbailey@karrtuttle.com

Michael M. Feinberg
KARR TUTTLE CAMPBELL
701 FIFTH AVE
STE 3300
SEATTLE, WA 98104
Phone:  206-223-1313
Email: mfeinberg@karrtuttle.com

Daniel T Hagen
KARR TUTTLE CAMPBELL
701 FIFTH AVE
STE 3300

(Proposed) JOINT STATUS REPORT AND
DISCOVERY PLAN - 5
{23429/30927/V1650789.DOCX}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE  WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

SEATTLE, WA 98104
Phone:  206-223-1313
Email: dhagen@karrtuttle.com

    d.   Defendant the Estate of SB Joseph Clark's Counsel:

Nicholas Peter Gellert
PERKINS COIE (SEA)
1201 3RD AVE STE 4900
SEATTLE, WA 98101-3099
Phone:  206-359-8680
NGellert@perkinscoie.com

Deborah Joyce Phillips
PERKINS COIE (SEA)
1201 3RD AVE STE 4900
SEATTLE, WA 98101-3099
Phone:  206-359-8680
djphillips@perkinscoie.com

    e.   Defendant Thomas Gibbons's counsel:

Douglas W Greene
BAKER HOSTETLER LLP
999 THIRD AVENUE
SUITE 3900
SEATTLE, WA 98104
Phone:  206-332-1380
Email: dgreene@bakerlaw.com

James Raymond Morrison
BAKER HOSTETLER LLP
999 THIRD AVENUE
SUITE 3900
SEATTLE, WA 98104
Phone:  206-332-1380
Email: jmorrison@bakerlaw.com

Carolyn Robbs Bilanko
BAKER HOSTETLER LLP

(Proposed) JOINT STATUS REPORT AND DISCOVERY PLAN - 6
{23429/30927/V1650789.DOCX}

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE  WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

```
 1      999 THIRD AVENUE
        SUITE 3900
 2      SEATTLE, WA 98104
        Phone:  206-332-1380
 3      Email: cbilanko@bakerlaw.com
 4
        Bryan C Taylor
 5      BAKER & HOSTETLER LLP
        999 THIRD AVENUE
 6      SUITE 3900
        SEATTLE, WA 98104
 7      Phone:  206-332-1380
        Email: btaylor@bakerlaw.com
 8
        Logan Frison Peppin
 9      BAKER HOSTETLER LLP
        999 THIRD AVENUE
10      SUITE 3900
        SEATTLE, WA 98104
11      Phone:  206-332-1380
        Email: lpeppin@bakerlaw.com
12
13
14
```

## 14. DATES ON WHICH THE TRIAL COUNSEL MAY HAVE COMPLICATIONS TO BE CONSIDERED IN SETTING A TRIAL DATE

a. Counsel for the plaintiffs is not aware of any at this time.
b. Counsel for a number of the defendants anticipate trials in related cases in King County Superior Court in April 2022, and trial of this matter should not be at the same time.
c. In addition, lead counsel for the Estate, Nicholas Gellert, currently has trials set in other matters for January 24, 2022, January 31, 2022, February 14, 2022, April 4, 2022, April 11, 2022.

## 15. DATE CORPORATE DISCLOSURE STATEMENT WILL BE FILED

a.      In accordance with court rules.

(Proposed) JOINT STATUS REPORT AND DISCOVERY PLAN - 7
{23429/30927/V1650789.DOCX}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE  WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

DATED this 1st day of July 2021.

                               LASHER HOLZAPFEL SPERRY & EBBERSON PLLC

                               */s/ Sean V. Small*
                               */s/ Paul J. Spadafora*
By _____
    Sean V. Small, WSBA #37018
    Paul J. Spadafora, WSBA #49777
    601 Union St., Suite 2600
    Seattle, WA 98104
    Phone: (206)624-1230
    Fax: (206) 340-2563
    Attorneys for Plaintiffs

                               SUMMIT LAW GROUP

                               */s/ Alexander A. Baehr*
                               */s/ Christopher T. Wion*

By _____/s/_____
Alexander A Baehr
Christopher T. Wion
315 5TH AVE S
STE 1000
SEATTLE, WA 98104
Phone: 206-676-7000
Email: alexb@summitlaw.com
chrisw@summitlaw.com
Defendant / Third-Party Plaintiff HyTech Power, LLC's Counsel

(Proposed) JOINT STATUS REPORT AND DISCOVERY PLAN - 8
{23429/30927/V1650789.DOCX}



ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

KARR TUTTLE CAMPBELL

*/s/ Bruce W Leaverton*
*/s/ Mark A. Bailey*
*/s/ Michael M. Feinberg*
*/s/ Daniel T. Hagen*

By _____/s/_____
Bruce W Leaverton
Mark A. Bailey
Michael M. Feinberg
Daniel T. Hagen
701 FIFTH AVE
STE 3300
SEATTLE, WA 98104
Phone: 206-223-1313
Email: bleaverton@karrtuttle.com
mbailey@karrtuttle.com
mfeinberg@karrtuttle.com
dhagen@karrtuttle.com
Defendant Chase C. Englehart's Counsel

PERKINS COIE (SEA)

*/s/ Nicholas Peter Gellert*
*/s/ Deborah Joyce Phillips*

By _____/s/_____
Nicholas Peter Gellert
Deborah Joyce Phillips
1201 3RD AVE STE 4900
SEATTLE, WA 98101-3099
Phone: 206-359-8680
NGellert@perkinscoie.com
djphillips@perkinscoie.com

(Proposed) JOINT STATUS REPORT AND DISCOVERY PLAN - 9
{23429/30927/V1650789.DOCX}

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

Defendant the Estate of SB Joseph Clark's Counsel

BAKER HOSTETLER LLP

*/s/ Douglas W Greene*
*/s/ James Raymond Morrison*
*/s/ Carolyn Robbs Bilanko*
*/s/ Bryan C. Taylor*
*/s/ Logan Frison Peppin*

By _____/s/_____
Douglas W Greene
James Raymond Morrison
Carolyn Robbs Bilanko
Bryan C. Taylor
Logan Frison Peppin
999 THIRD AVENUE
SUITE 3900
SEATTLE, WA 98104
Phone: 206-332-1380
Email: dgreene@bakerlaw.com
jmorrison@bakerlaw.com
cbilanko@bakerlaw.com
btaylor@bakerlaw.com
lpeppin@bakerlaw.com
Defendant Thomas Gibbons's counsel

(Proposed) JOINT STATUS REPORT AND DISCOVERY PLAN - 10
{23429/30927/V1650789.DOCX}

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2021, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Alexander A Baehr
SUMMIT LAW GROUP
315 5TH AVE S
STE 1000
SEATTLE, WA 98104
Email: alexb@summitlaw.com

Christopher T Wion
SUMMIT LAW GROUP
315 5TH AVE S
STE 1000
SEATTLE, WA 98104
Email: chrisw@summitlaw.com

Bruce W Leaverton
KARR TUTTLE CAMPBELL
701 FIFTH AVE
STE 3300
SEATTLE, WA 98104
Email: bleaverton@karrtuttle.com

Daniel T Hagen
KARR TUTTLE CAMPBELL
701 FIFTH AVE
STE 3300
SEATTLE, WA 98104
Email: dhagen@karrtuttle.com

Nicholas Peter Gellert
PERKINS COIE (SEA)
1201 3RD AVE STE 4900
SEATTLE, WA 98101-3099

(Proposed) JOINT STATUS REPORT AND
DISCOVERY PLAN - 11
{23429/30927/V1650789.DOCX}

LASHER HOLZAPFEL SPERRY & EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

1  NGellert@perkinscoie.com

2  Deborah Joyce Phillips
3  PERKINS COIE (SEA)
   1201 3RD AVE STE 4900
4  SEATTLE, WA 98101-3099
5  djphillips@perkinscoie.com

6  Mark A Bailey
7  KARR TUTTLE CAMPBELL
   701 FIFTH AVE
8  STE 3300
   SEATTLE, WA 98104
9  Email: mbailey@karrtuttle.com

10
   Michael M. Feinberg
11 KARR TUTTLE CAMPBELL
   701 FIFTH AVE
12 STE 3300
   SEATTLE, WA 98104
13
   Email: mfeinberg@karrtuttle.com
14

15 Bryan C Taylor
   BAKER & HOSTETLER LLP
16 1420 FIFTH AVE
17 PO BOX 91302
   STE 4200
18 SEATTLE, WA 98111-9402
   Email: btaylor@bakerlaw.com
19

20 Carolyn Robbs Bilanko
21 BAKER HOSTETLER LLP (SEA)
   999 THIRD AVENUE
22 SUITE 3900
   SEATTLE, WA 98104
23 Email: cbilanko@bakerlaw.com

24
   Douglas W Greene
25 BAKER HOSTETLER LLP (SEA)
26 999 THIRD AVENUE

(Proposed) JOINT STATUS REPORT AND
DISCOVERY PLAN - 12
{23429/30927/V1650789.DOCX}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563

1  SUITE 3900
   SEATTLE, WA 98104
2  Email: dgreene@bakerlaw.com

3

4  James Raymond Morrison
   BAKER HOSTETLER LLP (SEA)
5  999 THIRD AVENUE
   SUITE 3900
6  SEATTLE, WA 98104
   Email: jmorrison@bakerlaw.com
7

8

9
   DATED this 1st day of July, 2021 at Seattle Washington
10

11

12                                      */s/ Ellen Krachunis*
                                        _____
13
                                        Ellen Krachunis
14                                      Legal Assistant

(Proposed) JOINT STATUS REPORT AND
DISCOVERY PLAN - 13
{23429/30927/V1650789.DOCX}

LASHER
HOLZAPFEL
SPERRY &
EBBERSON

ATTORNEYS AT LAW
2600 TWO UNION SQUARE
601 UNION STREET
SEATTLE WA 98101-4000
TELEPHONE 206 624-1230
Fax 206 340-2563